**AFFIRM; and Opinion Filed March 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01678-CR

### CHARLES RICHARD VANDIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F12-56764-M

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

A jury convicted Charles Richard Vandiver of assault involving family violence, found

one enhancement paragraph true, and assessed punishment at twenty years' imprisonment and a

$2,500 fine. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2)(A) (West 2011); TEX. FAM. CODE

ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2013). On appeal, appellant's attorney filed a

brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets

the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

Appellant filed a pro se response raising several issues  After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121678F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHARLES RICHARD VANDIVER, Appellant

No. 05-12-01678-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F12-56764-M).

Opinion delivered by Justice O'Neill, Justices Bridges and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered March 27, 2014.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE